UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Darby Scott,                                          Case No. 3:14-cv-1243

        Plaintiff

      v.                                          JUDGMENT ENTRY

Larry Scott, et al.,

        Defendants


      In accordance with the Opinion and Order filed contemporaneously in this case, it is

ORDERED that this action is dismissed.  I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an

appeal could not be taken in good faith.


                                   /s/ James G. Carr
                                   Sr. U.S. District Judge